IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

17 APR 26 PM 3: 13

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

PAUL E. COPELAND, JR.,
       Plaintiff,

-vs-

WELLS FARGO BANK, N.A. and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
       Defendants.

CAUSE NO.:
A-16-CA-00943-SS

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment on behalf of the defendants, and hereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Paul E. Copeland, Jr. TAKE NOTHING in this cause against Defendants Wells Fargo Bank, N.A. and Federal National Mortgage Association, and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the ___26th___ day of April 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE